Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorneys for Defendant Old Navy, LLC*
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone:     (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>              Plaintiff,<br><br>vs.<br><br>OLD NAVY, LLC, D.B.A. OLD NAVY #3794,<br><br>              Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:17-cv-858-JNP-DBP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Defendant Old Navy, LLC, d.b.a. Old Navy #3794 ("Old Navy"), through counsel, hereby provides notice that the parties have reached a settlement and have agreed to a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within forty-five (45) days, the parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted: October 18, 2017.

JONES WALDO HOLBROOK & McDONOUGH PC

By: /s/ *C. Michael Judd*
     Michael Patrick O'Brien
     C. Michael Judd
     *Attorneys for Defendant Old Navy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first class mail postage prepaid if needed, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT**, to the following:

> Michael P. Studebaker (mike@utahadaadvocates.com)
> Studebaker Legal Services, P.C.
> 333 2nd Street, Suite 16
> Ogden, UT 84404
> *Attorney for Plaintiff*

By: /s/ *C. Michael Judd*
         C. Michael Judd