Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorneys for Defendant Old Navy, LLC*
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone:     (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>         Plaintiff,<br><br>vs.<br><br>OLD NAVY, LLC, D.B.A.<br>OLD NAVY #3794,<br><br>         Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-858-JNP-DBP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Samuel Burningham and Defendant Old Navy, LLC, d.b.a. Old Navy #3794, by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

[Signature page follows]

Dated: October 26, 2017.

          */s/ Michael P. Studebaker* (with permission)
          Michael P. Studebaker (USB #10027)
          STUDEBAKER LEGAL SERVICES, PC
          333 2nd Street, Suite 16
          Ogden, UT 84404
          Telephone: (385) 200-9901
          Email: mike@utahadaadvocates.com

          *Attorney for Plaintiff Samuel Burningham*


          */s/ C. Michael Judd*
          Michael Patrick O'Brien (USB #4894)
          C. Michael Judd (USB #14692)
          JONES WALDO HOLBROOK & McDONOUGH PC
          170 South Main Street, Suite 1500
          Salt Lake City, Utah 84101
          Telephone: (801) 521-3200
          Email: mobrien@joneswaldo.com
          Email: mjudd@joneswaldo.com

          *Attorneys for Defendant Old Navy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first class mail postage prepaid if needed, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, to the following:

>Michael P. Studebaker (mike@utahadaadvocates.com)
>Studebaker Legal Services, P.C.
>333 2nd Street, Suite 16
>Ogden, UT 84404
>*Attorney for Plaintiff*

By: /s/ *C. Michael Judd*
C. Michael Judd